UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

    - v. - : **UNSEALING ORDER**

DANIEL DANIEL, :
    a/k/a "Roma," 19 Mag. 10068
:
        Defendant. :

- - - - - - - - - - - - - - - - - - X

Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Criminal Complaint 19 Mag. 10068, which was filed under seal on October 25, 2019, be unsealed immediately.

SO ORDERED.

Dated:   New York, New York
        February 5, 2020

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK