

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Daniel Daniel,* **20 Cr. 101 (LAP)**

Dear Judge Preska:

      The Government respectfully submits this letter with the consent of defense counsel to seek an approximately thirty-day adjournment of the status conference currently scheduled in this matter for 11 a.m. on June 8, 2020, and for exclusion of time from the speedy trial clock. The parties are discussing a pretrial resolution of this matter and will not be completed with those discussions before the currently scheduled conference date. The Government moves to exclude time from the speedy trial clock under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the exclusion would allow time for the parties to continue discussing a pretrial disposition in this case.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

      By:\_\_\_/s/_____
          Jessica Greenwood
          Assistant United States Attorney
          (212) 637-1090

cc:  Angus James Bell, Esq. (by ECF)