

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2020

**BY ECF**

**The status conference is adjourned until July 14, 2020, at 11:00 AM.  In addition, time will be excluded until the date of the conference. SO ORDERED.**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Loretta A. Preska*   6/2/2020

Re:   *United States v. Daniel Daniel,* **20** Cr. **101** (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter with the consent of defense counsel to seek an approximately thirty-day adjournment of the status conference currently scheduled in this matter for 11 a.m. on June 8, 2020, and for exclusion of time from the speedy trial clock.  The parties are discussing a pretrial resolution of this matter and will not be completed with those discussions before the currently scheduled conference date.  The Government moves to exclude time from the speedy trial clock under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, the exclusion would allow time for the parties to continue discussing a pretrial disposition in this case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:  ___/s/_____
    Jessica Greenwood
    Assistant United States Attorney
    (212) 637-1090

cc:  Angus James Bell, Esq. (by ECF)