# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

December 8, 2022

Via ECF
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Daniel Daniel*, 20Cr101

Mr. El Ashmawy and I were the CJA appointed counsel for Mr. Daniel Daniel who the Court imposed sentence back on October 4, 2022. We write to respectfully request Orders granting (1) Probation the authority to approve domestic and international travel as may be appropriate to facilitate access to medical services or for business purposes, (2) authorizing Probation to release Mr. Daniel's passport to his possession, and (3) authorizing an additional 20 hours for Mr. El Ashmawy to account for legal counsel provided to Mr. Daniel post-sentencing.

We thank you in advance for the Court's consideration of this application. We will await further instructions from the Court on this matter.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/12/20

Respectfully submitted,

*/s/ A. James Bell*
A. James Bell, Esq.

Cc: All counsel, by ECF