BNDEIS,CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:23−mj−02782−MD</u>−1

Case title: USA v. Daniel

Date Filed: 04/25/2023

Date Terminated: 04/26/2023

---

Assigned to: Magistrate Judge Melissa Damian

**Defendant (1)**

**Daniel Daniel**
20723−104
*YOB 1968 RUSSIAN (GEORGIAN)*
*TERMINATED: 04/26/2023*

represented by **David Edward Magilligan**
Magilligan Law
3900 Hollywood Blvd
PH2
Hollywood, FL 33021
305469−1870
Fax: 786−364−1870
Email: david@demesq.com
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| WARRANT/PETITION/SDNY/SUPERVISED RELEASE VIOLATION | |

**Plaintiff**

**USA**

represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/25/2023 | 1 | | Magistrate Judge Removal of Violation of Conditions of Release from Southern District of New York Case number in the other District 20–CR–101–01(LAP) as to Daniel Daniel (1). (dgj) (Entered: 04/26/2023) |
| 04/25/2023 | 2 | | Minute Order for proceedings held before Magistrate Judge Melissa Damian: Status Conference re Initial Appearance as to Daniel Daniel held on 4/25/2023. Deft stated that he has private counsel. USPO Akeya Abisdid present. Deft needs a Georgian interpreter. ( Initial Appearance – Rule 5(c)(3)/40 set for 4/26/2023 02:00 PM in Miami Division before MIA Duty Magistrate Judge., Report Re: Counsel Hearing set for 4/26/2023 02:00 PM in Miami Division before MIA Duty Magistrate Judge.). Russian Interpreter present. (Digital 13:51:58/14:29:37)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Melissa Damian on 4/25/2023. (dgj) (Entered: 04/26/2023) |
| 04/26/2023 | 3 | | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Edward Magilligan appearing for Daniel Daniel (dgj) (Entered: 04/28/2023) |
| 04/26/2023 | 4 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Daniel Daniel (sl) (Entered: 04/28/2023) |
| 04/26/2023 | 5 | | ORDER OF REMOVAL ISSUED. Defendant Ordered removed to the Southern District of New York as to Daniel Daniel. Closing Case for Defendant. Signed by Magistrate Judge Eduardo I. Sanchez on 4/26/2023. *See attached document for full details.* (sl) (Entered: 04/28/2023) |
| 04/26/2023 | 7 | | Minute Order for proceedings held before Magistrate Judge Eduardo I. Sanchez: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Daniel Daniel held on 4/26/2023. Bond recommendation/set: Daniel Daniel (1) $50K 10% CO–SIGNED; Bond paperwork due by COB on 4/28/23. Deft to remain detained pending bond paperwork. Deft will execute waiver of removal with bond paperwork and Court will order deft removed to SD/NY pending paperwork submitted to the Court. Date of Arrest or Surrender: 4/25/23.. Georgian/Russian Interpreter present via Zoom. (Digital 14:31:37) Signed by Magistrate Judge Eduardo I. Sanchez on 4/26/2023. (dgj) (Entered: 05/01/2023) |
| 04/27/2023 | 6 | | $50K 10% Bond Entered as to Daniel Daniel Receipt # 268551. Approved by Magistrate Judge Eduardo I. Sanchez. *Please see bond image for conditions of* |

|  |  | *release.* (sl) (Additional attachment(s) added on 5/1/2023: # 1 Restricted Bond with 7th Page) (fbn). (Entered: 04/28/2023) |
| --- | --- | --- |

23-MJ-2782-DAMIAN



FILED BY _____ DGJ _____ D.C.

*Apr 25, 2023*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for **WARRANT**
with Attached Request for
Court Action Direction Detailing Probable Cause

**Docket Number**: 20-CR-101-01

**Name of Supervisee**: Daniel Daniel (LAP)

**Name of Sentencing Judicial Officer**: Honorable Loretta A. Preska, Senior U.S. District Judge

**Date of Original Sentence**: October 4, 2022

**Original Offense**: Conspiracy to Commit Money laundering, 18 USC 1956(h), a Class C
Felony.

**Original Sentence**: Time Served, (1 Days' Imprisonment); Two (2) Years' Supervised Release;
and a $100 Special Assessment, with the following special conditions imposed: 1) Obey
Immigration Laws and 2) Search Condition.

**Type of Supervision**: Supervised Release Date       **Supervision Commenced**: October 4,
2022

PETITIONING THE COURT TO ISSUE A **WARRANT**

The supervisee has not complied with the following conditions of supervision:

1. ON FEBRUARY 28, 2023, IN BOCA RATON, FLORIDA, THE SUPERVISEE
   COMMITTED A STATE CRIME, TO WIT, AGGRAVATED BATTERY, IN
   VIOLATION OF FLORIDA STATUTE 784.054 (1)(A), A FELONY OF THE SECOND
   DEGREE, IN THAT, HE EXITED HIS VEHICLE WITH A BASEBALL BAT; AND
   STRUCK THE VICTIM IN THE LEG WITH THE BAT, AND IN THE FACE WITH HIS
   FIST, CAUSING BRUISING TO HIS LEFT LEG AND CUTS TO THE VICTIM'S
   FACE. **MANDATED CONDITION, GRADE A VIOLATION.**

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        [ X] Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

                            Respectfully submitted,

                            Joshua Sparks
                            Chief U.S. Probation Officer

                            *Alicia Black*

                            Alicia A. Black
                            U.S. Probation Officer

Approved By:

Shawnté Lorick
Supervisory U.S. Probation Officer

DATE: April 12, 2023



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

☑ The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

In addition, Mr. Daniel may not retrieve his passport at this time. He may reapply to retrieve his passport in the future.

SO ORDERED.

_____
Honorable Loretta A. Preska
Senior U.S. District Judge

4/12/23
_____
Date

6

**23-2782-DAMIAN**

AO 442 (Rev 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 20-CR-101-01 (LAP) |
| | ) | |
| **_Daniel Daniel_** | ) | |
| | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay <u>Daniel Daniel,</u> who is accused of an offense or violation based on the following document filed with the court:

 <u>X</u> Supervised Release Violation Petition

This offense is briefly described as follows: absconded from supervision, failure to attend treatment, marijuana use

Date: ___4 / 123/_____          *Loretta A. Presley*
                                 _____
                                    *Issuing officer's signature*

City and state: <u>New York, NY</u>     <u>Honorable Loretta A. Preska, Senior U.S. District Judge</u>
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____ <br> *Arresting officer's signature* |
| City and state: _____          _____ <br> *Printed name and title* |

# MINUTE ORDER

Page 8

## Magistrate Judge Melissa Damian

**Atkins Building Courthouse - 5th Floor**     Date: 4/25/23     Time: 1:30 p.m.

Defendant:  Daniel Daniel          J#: 20723-104    Case #:  23-2782-MJ-DAMIAN

AUSA: Christopher Brown                  Attorney:

Violation:  S/D/NY Violation of Supervised Release

                    Surr/Arrest Date: 4/25/23     YOB: 1968

Proceeding:  Initial Appearance                CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No     Recommended Bond: Temp- PTD

Bond Set at:                                   Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:  Russian (Georgian) |
| ☐ Report to PTS as directed/ _____ x's a week/month by phone: _____ x's a week/month in person | **Disposition:** Rights-Brady Order given. Defendant sworn. Defendant stated that he has private Counsel. USPO, Akeya Abisdid was present in court. Defendant needs a Georgian interpreter to assist – Hearing reset. |
| ☐ Random urine testing by Pretrial Services Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | |
| ☐ No contact with victims/witnesses, except through counsel | |
| ☐ No firearms | |
| ☐ Not to encumber property | |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Other: | |

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:              Place:

Report RE Counsel: 4/26/2023 at 2pm (Miami Duty Court)

PTD/Bond Hearing:

Initial appearance:     4/26/2023 at 2pm (Miami Duty Court)

Status Conference RE:

D.A.R. MD-13:51:58; 14:29:37                 Time in Court: 27 mins.

                    s/Melissa Damian                    Magistrate Judge

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MS-2782

UNITED STATES OF AMERICA,

v.

Daniel Daniel,

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

COMES NOW _David Magilligan_ and

files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature _____

Date: _April 26, 2023_

Counsel's Name (Printed) _David Magilligan_

Florida Bar Number (Required) _41462_

Address _3910 Hollywood Blvd, PH2_

_Hollywood, FL_    Zip Code: _33021_

Telephone (_305_) _469-1870_

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 23-02782-MJ-DAMIAN

United States of America
    Plaintiff,

    v.

                            Charging District's Case No.  20-CR-101-01 (LAP)

Daniel Daniel,
    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Southern District of New York.**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☑ A preliminary hearing.

☑ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/26/2023

_____
Defendant's Signature

_____
Eduardo I. Sanchez
United States Magistrate Judge

10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 23-02782-MJ-DAMIAN

United States of America
        Plaintiff,

        v.

Daniel  Daniel,
        Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **Southern District of New York**, an Indictment was filed against the above-named defendant on a charge of **S/D/NY Violation of Supervised Release**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Eduardo I. Sanchez  at Miami, Florida, which officially committed the defendant for removal to the **Southern District of New York**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Eduardo I. Sanchez for removal and posted bail in the amount of $  50K 10%  which was approved by the United States Magistrate Judge Eduardo I. Sanchez, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 4/26/2023.

Eduardo I. Sanchez .
United States  Magistrate Judge

11

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 23-02782-MJ-Damian

UNITED STATES OF AMERICA:

Plaintiff,

USM #: 20783-104

v.

Daniel Daniel

Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000.00  10%

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-mj-2782
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☑ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

___ b. Report to Pretrial Services as follows: (   ) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

☑ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.; No contact with Sebastian Nugenu-victim, no contact with Medea Tukhiashwill -girlfriend, son

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel; and mother

___ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

13

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2282
PAGE THREE

✓ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer -- or -- ( ) paid by U.S. Probation;

___ Location monitoring technology at the discretion of the officer

___ Radio Frequency (RF) monitoring (Electronic Monitoring)

✓ Active GPS Monitoring

___ Voice Recognition

___ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

✓ Home Detention: You are restricted to your residence at all times except for:

( ✓ ) medical

( ) substance abuse or mental health treatment

( ✓ ) court appearances

( ✓ ) attorney visits or court ordered obligations

( ✓ ) religious services

( ) employment

( ✓ ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment

( ) education

( ) religious services

( ) medical, substance abuse, or mental health treatment

( ) attorney visits

( ) court appearances

( ) court ordered obligations

( ) reporting to Pretrial Services

✓ ( ) other _____

✓ q. Third-Party Custody: DANIELLA DANIEL will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2282
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. (   ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. (   ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. (   ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. (   ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. (   ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. (   ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. (   ) The defendant shall not be involved in any children's or youth organizations.
8. (   ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. (   ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: _S10   NY_, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond:
   Comply with all previous imposed conditions of
   Supervised Release

15

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2782
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

16

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2782
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 27th day of April, 2023 at Miami, Florida

Signed and acknowledged before me:  DEFENDANT: (Signature)

WITNESS: David Magilligan    Miami    Florida
       City           State            City          State

Miami    Florida
 City       State

### CORPORATE SURETY

Signed this _____ day of _____, 20___ at _____, Florida

SURETY: _____    AGENT: (Signature) _____

_____    PRINT NAME: _____
  City        State

### INDIVIDUAL SURETIES

Signed this 27 day of April, 2023 at Miami, Florida    Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____    SURETY: (Signature) _____

PRINT NAME: DANIELLA DANIEL    PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: Daughter    RELATIONSHIP TO DEFENDANT: _____

MIAMI    FLORIDA
  City        State            City          State

Signed this ___ day of _____, 20___ at _____, Florida    Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____    SURETY: (Signature) _____

PRINT NAME: _____    PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____    RELATIONSHIP TO DEFENDANT: _____

_____    _____
  City        State            City          State

### APPROVAL BY THE COURT

Date: APRIL 27, 2023

UNITED STATES MAGISTRATE JUDGE

17

**CASHIER'S CHECK**

6638606029

| 0006386 | |
| Office AU # | 11-24 |
| | 1210(8) |

Remitter:
Operator I.D.:

April 27, 2023

PAY TO THE ORDER OF ***CLERK US DISTRICT COURT***

**Five Thousand and 00/100 -US Dollars **

**$5,000.00**

VOID IF OVER US $ 5,000.00

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
17780 COLLINS AVE
SUNNY ISLES BEACH, FL 33160
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑈6638606029⑈ ⑆121000248⑆ 4861 513257⑈

Generated: Apr 27, 2023 1:44PM

Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Apr 27, 2023 1:44PM

Rcpt. No: 268551      Trans. Date: Apr 27, 2023 1:44PM      Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 701 | Treasury Registry | DFLS123MI002782 /001 FBO: | 1 | 5000.00 | 5000.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #6638606029 | 04/27/2023 | | $5,000.00 |
| | | | Total Due Prior to Payment: | | $5,000.00 |
| | | | Total Tendered: | | $5,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Comments: 1:23-mj-02782-MD-
BOND

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the
financial institution on which it was drawn.

19

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 23-02782-MS-Danian

UNITED STATES OF AMERICA:

Plaintiff,

v.

Daniel Daniel

USM #: 20723-104

Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 50,000.00 10%

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

   1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

   2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

   3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

   4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

   5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2782
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☑ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

___ b. Report to Pretrial Services as follows: ( ) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

☑ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.; *no contact with Sebastian Nuccamu-victim; no contact with Medea Turchiashvili - girlfriend; son*

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel; *and mother*

___ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2282
PAGE THREE

√ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

    __ Location monitoring technology at the discretion of the officer

    __ Radio Frequency (RF) monitoring (Electronic Monitoring)

    ✓ Active GPS Monitoring

    __ Voice Recognition

    __ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

    ✓ Home Detention: You are restricted to your residence at all times except for:

        ( ✓ ) medical

        ( ) substance abuse or mental health treatment

        ( ✓ ) court appearances

        ( ✓ ) attorney visits or court ordered obligations

        ( ✓ ) religious services

        ( ) employment

        ( ✓ ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

    ( ) employment

    ( ) education

    ( ) religious services

    ( ) medical, substance abuse, or mental health treatment

    ( ) attorney visits

    ( ) court appearances

    ( ) court ordered obligations

    ( ) reporting to Pretrial Services

    ( ) other _____

√ q. Third-Party Custody: DANIELLA DANIEL will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2782
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

    1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.

    2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.

    3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.

    4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.

    5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.

    6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.

    7. ( ) The defendant shall not be involved in any children's or youth organizations.

    8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.

    9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: __SD NY__ , and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond:
__Comply with all previous imposed conditions of__
__Supervised Release__

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MJ-2782
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: *Daniel Daniel*
CASE NUMBER: *23-MJ-2782*
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 27 day of April, 2023 at Miami, Florida

Signed and acknowledged before me:          DEFENDANT: (Signature)

WITNESS: David Magillyn          Miami          Florida

Miami          Florida
City          State

### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: _____          AGENT: (Signature) _____

                                         PRINT NAME: _____

_____          _____
City          State

### INDIVIDUAL SURETIES

Signed this 27 day of April, 2023 at Miami, Florida          Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: DANIELLA DANIEL          PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: Daughter          RELATIONSHIP TO DEFENDANT: _____

Miami          Florida
City          State                              City          State

Signed this ___ day of _____, 20 ___ at _____, Florida          Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: _____          PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____          RELATIONSHIP TO DEFENDANT: _____

_____          _____          _____          _____
City          State                              City          State

### APPROVAL BY THE COURT

Date: April 27, 2023

UNITED STATES MAGISTRATE JUDGE

CM/ECF RESTRICTED

DEFENDANT: Daniel Daniel
CASE NUMBER: 23-MG-2782
PAGE SEVEN

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 27ᵗʰ day of April , 20 23 at Miami , Florida

Signed and acknowledged before me:

WITNESS: _David McGilliGm_   DEFENDANT: (Signature) _____

ADDRESS: 3900 Hollywood Blvd   ADDRESS: 19501 W country club APT 604

Hollywood, FL ZIP: 33021   Aventura, FL ZIP: 33180

TELEPHONE: 707. 333. 1191

### CORPORATE SURETY

Signed this _____ day of _____ , 20 ___ at _____ , Florida

SURETY: _____   AGENT: (Signature) _____

ADDRESS: _____   PRINT NAME: _____

ZIP: _____   TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 27ᵗʰ day of APRIL , 2023 at MIAMI, Florida | Signed this _____ day of _____ , 20 ___ at _____ , Florida

SURETY: (Signature) _____   SURETY: (Signature) _____

PRINT NAME: DANIELLA DANIEL   PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: Daughter   RELATIONSHIP TO DEFENDANT: _____

ADDRESS: 19501 W country club   ADDRESS: _____

Aventura, FL ZIP: 33180   ZIP: _____

TELEPHONE: 707. 333. 1191   TELEPHONE: _____

Signed this _____ day of _____ , 20 ___ at _____ , Florida | Signed this _____ day of _____ , 20 ___ at _____ , Florida

SURETY: (Signature) _____   SURETY: (Signature) _____

PRINT NAME: _____   PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____   RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____   ADDRESS: _____

ZIP: _____   ZIP: _____

TELEPHONE: _____   TELEPHONE: _____

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW - FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

6638606029

0055386    11-24
Office AU #    1210(8)
Remitter:
Operator I.D.:    k.

April 27, 2023

PAY TO THE ORDER OF    ***CLERK US DISTRICT COURT***

**Five Thousand and 00/100 -US Dollars **

**$5,000.00**

Payee Address:
Memo:

VOID IF OVER US $ 5,000.00

WELLS FARGO BANK, N.A.
17780 COLLINS AVE
SUNNY ISLES BEACH, FL 33160
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑈6638606029⑈ ⑆121000248⑈ 4861 513257⑈

27

Generated: Apr 27, 2023 1:44PM                                    Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Apr 27, 2023 1:44PM

DANIELLA DANIEL
19501 W COUNTRY CLUB
APT. 609
AVENTURA, FL 33180

Rcpt. No: 268551                Trans. Date: Apr 27, 2023 1:44PM              Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS123MJ002782 /001<br>**FBO:** Daniel Daniel | 1 | 5000.00 | 5000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #6638606029 | 04/27/2023 | | $5,000.00 |
| | | | Total Due Prior to Payment: | | $5,000.00 |
| | | | Total Tendered: | | $5,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 1:23-mj-02782-MD-1/Daniel Daniel REMITTER: DANIELLA DANIEL 19510 W COUNTRY CLUB, APT. 609 AVENTURA, FL 33180
BOND

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the
financial institution on which it was drawn.

# MINUTE ORDER

Page 1

## Magistrate Judge Eduardo I. Sanchez

**Atkins Building Courthouse - 6th Floor**     Date: 4/26/2023    Time: 2:00 p.m.

Defendant:  Daniel Daniel        J#: 20723-104    Case #: 23-02782-MJ-DAMIAN

AUSA: Christopher Brown        Attorney: David Maqilligan (TEMP)

Violation: S/D/NY Violation of Supervised Release        Surr/Arrest Date: 4/25/2023    YOB: 1968

Proceeding: Initial Appearance/ Report Re: Counsel        CJA Appt: _____

Bond/PTD Held: ⊙ Yes  ⊙ No     Recommended Bond: Temp-PTD

Bond Set at: $50K 10%                 Co-signed by: Danielle Daniel daughter

☑ Surrender and/or do not obtain passports/travel docs     Language: (Georgian) Russian

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses, except through counsel
   ↳ Sebastian Huseanu-victim

☐ No firearms       ☑ no contact with Medea

☐ Not to encumber property  Tukhiashvili-girlfriend

☐ May not visit transportation establishments

☑ Home Confinement/~~Electronic~~ GPS Monitoring and/or
   Curfew _____ pm to _____ am, paid by Deft.

☑ Allowances: Medical needs, court appearances, attorney visits,
   religious, ~~employment~~ and other approved leave by PTS.

☑ Travel extended to: S/D N/Y

☑ Other: Comply with all previous imposed conditions on supervised release

Disposition:
Brady Order given previously.
- Counsel Magilligan filed
  a Temporary N.O.A.
- Deft. Sworn; Russian
  Interpreter appeared via zoom
- ✱ Bond paperwork due ✱
  by Friday 4/28/23 C.O.B
  ✱ Deft will remain detained ✱
  pending paperwork
- Miss Tukhiashvili son
  and her Mother

☑ Deft's daughter shall
  serve as a 3rd party custodian

Time from today to _____ excluded
from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 14:31:37        Time in Court: 24 Minutes

s/Eduardo I. Sanchez                Magistrate Judge

✱ Deft will execute waiver of Removal with
bond paperwork and the Court will Order Deft
submitted to habeas