

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Daniel Daniel,* **20 Cr. 101 (LAP)**

Dear Judge Preska:

      The Government respectfully submits this letter to provide the Court with an update on the status of this supervised release proceeding. In the last forty-five days, the Government has investigated the existing supervised release specification, including by interviewing the complaining witness. In the course of that investigation, the Government developed reason to believe that the defendant has used an alias and has obtained a bank account and/or credit card under that alias. The Government is working to confirm this suspicion through bank records and, if confirmed, will seek to amend the current supervised release specifications to include that conduct. The Government requests an adjournment until September 29, 2023 to provide the Court with an additional status update.

SO ORDERED.

*Loretta A. Preska* (signature)
8/1/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/_____
      Jessica Greenwood
      Assistant United States Attorney
      (212) 637-1090

cc: Counsel of Record (Via ECF)