UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

DANIEL DANIEL,

                Defendant.

No. 20-CR-101 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As to Defendant Daniel Daniel, the Clerk of the Court shall receive the monies paid in the Southern District of Florida into the Court's registry until further order from the Court. (See dkt. no. 3.)

**SO ORDERED.**

Dated:    September 14, 2023
             New York, New York

*[Signature]*
LORETTA A. PRESKA
Senior United States District Judge

1