

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Daniel Daniel*, 20 Cr. 101 (LAP)**

Dear Judge Preska:

    The Government respectfully submits this letter to provide the Court with an update on the status of this supervised release proceeding. Since the parties' last update, the Government has continued to investigate the potential additional supervised release violations involving Mr. Daniel's possession and use of false identity documents under an alias. The Government has produced certain evidence of these violations to defense counsel and the Probation Office. The Government is in discussions with Probation and the defense about potential additional specifications and a potential resolution by plea. The Government requests an adjournment until October 27, 2023 to provide the Court with an additional status update.

*[Handwritten annotation: Counsel shall confer and update the Court by letter no later than October 27 as to the status of the matter.]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/                         
Jessica Greenwood
Assistant United States Attorney
(212) 637-1090

*[Stamp: SO ORDERED]*
*[Signature: Loretta A. Preska, United States District Judge]*

cc: Counsel of Record (Via ECF)

*10/2/23*