

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2024

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Daniel Daniel,* 20 Cr. 101 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter with the consent of defense counsel to seek an approximately sixty-day adjournment of the status conference currently scheduled in this matter for January 31, 2024. The parties are discussing a pre-hearing resolution and will not be completed with those discussions before the currently scheduled conference date. The parties are available for a rescheduled conference at 11:00 a.m. on April 3, 2024.

                                                                                        Respectfully submitted,

                                                                                        DAMIAN WILLIAMS
                                                                                        United States Attorney for the
                                                                                        Southern District of New York

                                                           By:   ___/s/_____
                                                                                  Jessica Greenwood
                                                                                  Assistant United States Attorney
                                                                                  (212) 637-1090

cc:   Counsel of Record (Via ECF)

```
The status conference is hereby adjourned until 11:00 a.m.
on April 3, 2024.  SO ORDERED.

Date:   01/30/2024
                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge
```