# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

March 28, 2023

**ELECTRONIC MAIL**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Daniel Daniel, 20Cr101*

Your Honor,

Counsels are seeking an endorsement from the Court granted our assignment to the defendant's violation of supervised release matter that is pending before the Court that is next scheduled to be heard on April 3, 2024 at 11 a.m.

As the Court is aware, Mr. Daniels was sentenced on the underlying matter on or about October 4, 2022. On or about March 3, 2023, counsels received correspondence from Probation that Mr. Daniel would be subject to a violation of supervised release for conduct occurring in the District of Florida. From that date forward, counsel again provided legal services on behalf of Mr. Daniel and is therefore asking the Court to authorize assignment of counsel nunc pro tunc to March 3, 2024.

Thank you in advance for any and all consideration of this application.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

*[Signed: Loretta A. Preska, United States District Judge]*

4/1/24