UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| -against- | No. 20 CR 101 (LAP) |
| DANIEL DANIEL, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendant's motion requesting (1) a transfer of proceedings from the Southern District of New York to the Southern District of Florida, (2) a reduction of his current conditions of supervised release, and (3) appointment of new CJA counsel upon transfer to the Southern District of Florida.  (Dkt. no. 66.)  The Government consents to the transfer request.  (Dkt. no. 67.)

　　Considering the circumstances here, that is, that Defendant resides in Florida, is alleged to have committed the pending violations in the Southern District of Florida, and suffers severe health complications impacting his ability to attend appearances in the Southern District of New York, transfer of these proceedings to the Southern District of Florida is appropriate.  Additionally, because the Court grants Defendant's application for transfer, it declines to rule on Defendant's motion to reduce the conditions of his supervised release.

Finally, Defendant's counsel, Mr. Bell and Mr. El Ashmawy, move to terminate their representation of Defendant pending a transfer of jurisdiction.  Pursuant to Local Rule 1.4, Mr. Bell and Mr. El Ashmawy shall be relieved of their duties as counsel of record to Defendant once the case has been transferred and the presiding judge in the Southern District of Florida has assigned new counsel to represent Defendant.

For the foregoing reasons, the hearing currently scheduled before this Court on May 6, 2024 at 12:00 p.m. is hereby canceled. The Clerk of the Court is directed to close the open motions at dkt. nos. 66-67.

**SO ORDERED.**

Dated:    May 3, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge